

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA, | ) | **18CR 107** |
|     Plaintiff, | ) ) | |
| | ) | Case No. |
|   v. | ) ) | Magistrate Judge Martin |
| Joseph Kim, | ) ) | |
|     Defendant. | ) | |

**ORDER**

Warrant for Arrest as to Joseph Kim issued to Special Agent, FBI.

Date: 2/15/2018

/s/ *Daniel G. Martin*
United States Magistrate Judge