

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

United States of America,    )
      Plaintiff,  )   Case No: 18 CR 107-1
    v.      )
          )   Magistrate Judge Martin
          )
Joseph Kim,      )
     Defendants, )

### ORDER

Defendant appeared before Magistrate Judge Martin on 2/16/2018 pursuant to arrest warrant. The defendant is ordered processed by the United States Marshals Service and is to be released from custody pursuant to the conditions of the bond.

Date: 2/16/2018       /s/ *Daniel G. Martin*
            United States Magistrate Judge