

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　v.<br>Joseph Kim,<br>　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 18 CR 107-1<br><br>Magistrate Judge Martin |

## ORDER

Initial appearance proceedings held. Defendant self surrendered in response to arrest warrant issued on 2/15/2018. Defendant informed of his rights. Government and defendant agree on conditions of release. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Government's joint oral motion for review of the pretrial report is granted. Parties are granted leave to review the pretrial report in advance of court proceedings.

Date: 2/16/2018

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel G. Martin*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge