## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| ) | Case No: 18 CR 107 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Joseph Kim ) | |

## **ORDER**

The Government's agreed motion for an extension of time to return indictment, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), to and including April 17, 2018 [10] is granted.

(X-T)


Dated: March 8, 2018                              /s/ Chief Judge Ruben Castillo