## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No: 18 CR 107 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Joseph Kim | ) | |

## ORDER

The Government's agreed motion for an extension of time to return indictment, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), to and including May 17, 2018 [14] is granted.

(X-T)

Dated:  April 16, 2018                    /s/ Chief Judge Ruben Castillo