# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS



*Felony*
**JUDGE WOOD**
**MAGISTRATE JUDGE MARTIN**

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes**

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:
   *United States v. Joseph Kim, 18 CR 107* — Magistrate Martin

   1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Other Federal Statutes (III)** *(Wire Fraud)*

10. List the statute of each of the offenses charged in the indictment or information.
    Title 18 USC §1343

*s/ Sunil Harjani*
SUNIL R. HARJANI
Assistant United States Attorney

**FILED**
MAY 08 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT