# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:18−cr−00107

                                                Honorable Andrea R. Wood

Joseph Kim

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 10, 2018:

      MINUTE entry before the Honorable Andrea R. Wood as to Joseph Kim: By request and agreement of the parties, this case is set for an arraignment and change of plea hearing set on 5/21/2018 at 02:00 PM. The Court shall be provided with a copy of the plea agreement or plea declaration 24 hours in advance of the change of plea hearing. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.