

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18-cr-00107-1 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| JOSEPH KIM | ) | |
| | ) | |
| | ) | |

## ORDER

Arraignment proceedings held. Defendant Joseph Kim is informed of his rights. Defendant waived Indictment. Enter Waiver of Indictment. Defendant acknowledges receipt of the Information, waives formal reading, and enters plea of guilty to the Information. Enter Plea Agreement. Defendant shall remain released on bond subject to his conditions of release. Cause referred to the probation department for a presentence investigation report. Sentencing set for 10/29/2018 at 1:30 PM. The Government's memorandum shall be filed by 10/15/2018. Defendant's objections to the presentence investigation report and sentencing memorandum shall be filed by 10/22/2018. The Probation Office is directed to provide the sentencing recommendation to Defendant Kim, counsel for Defendant Kim, and counsel for the Government. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and email the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

(0:40)

Dated: May 21, 2018

Andrea R. Wood
United States District Judge